# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL LACY, Individually and for Others Similarly Situated,<br><br>v.<br><br>OAK HILL CONTRACTORS, LLC | Case No. 3:24-cv-01660-NJR |

## JOINT MOTION TO STAY PROCEEDINGS AND TOLLING

Pursuant to Federal Rule of Civil Procedure 1 and the Court's equitable power to control its docket, Plaintiff Michael Lacy ("Plaintiff"), individually and on behalf of all others similarly situated, and Oak Hill Contractors, LLC ("Oak Hill") (together, the "Parties") jointly move to stay this case and pending deadlines for a period of one hundred and twenty (120)[1] days to allow the Parties adequate time to engage in document exchange and mediation in an effort to resolve this lawsuit.

1. The Parties have agreed to the informal exchange of payroll data to begin negotiations. To facilitate a productive negotiation, Oak Hill has agreed to provide the Plaintiff with relevant compensation datal. The Parties will confer on the topics and information requested.

2. Following the exchange of the above-described documents, the Parties will be in a position to hold substantive discussions regarding settlement in an effort to resolve this lawsuit. This stay will further allow these discussions to take place.

3. The Parties' proposed stay of this case and all case deadlines will conserve the Parties' resources and serve judicial economy while the Parties work towards a potential resolution of this matter. *See* FED. R. CIV. P. 1 (indicating the rules "should be construed, administered, and

---

[1] The Parties are requesting 120 days only out of an abundance of caution due to mediators' availabilities and the upcoming holidays. The Parties are attempting to book their mediation well before that deadline and will notify the Court promptly after mediation.

employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding").

4. Further, the Parties agree to toll the statute of limitations for the Putative Class Members, from October 25, 2024 until 15 days after the end of the stay or after mediation (whichever comes first) or if any Party declares an impasse.

5. If the Parties are unable to resolve this matter prior to the end of the requested one hundred and twenty (120) day stay period, they will notify the Court of this fact within seven (7) days of the end of the stay and will provide the Court with proposed scheduling order.

WHEREFORE, the Parties respectfully ask the Court to Grant their Joint Motion and stay this case and pending deadlines as stated herein for a period of one hundred and twenty (120) days to allow the Parties to facilitate settlement discussions.

Respectfully Submitted,

/s/ William M. Hogg
**Michael A. Josephson**
Texas State Bar No. 24014780
**Andrew W. Dunlap**
Texas Bar No. 24078444
**Will H. Hogg**
Texas State Bar No. 24087733
**JOSEPHSON DUNLAP, LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 751-0025
Fax: (713) 751-0030
mjosephson@mybackwages.com
adunlap@mybackwages.com
whogg@mybackwages.com

**Richard J. (Rex) Burch**
Texas State Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Tel: (713) 877-8788
Fax: (713) 877-8065

rburch@brucknerburch.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Jeff Risch (w/ permission)
Jeff Risch
**AMUNDSEN DAVIS LLC**
3815 East Main Street, Suite A-1
St. Charles, Illinois 60174
t: 630.587.7910
f: 630.587.7960
JRisch@amundsendavislaw.com

**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

On October 25, 2024, I served a copy of this document on all registered parties and/or their counsel of record, via the Court's CM/ECF system.

/s/ William M. Hogg
William M. Hogg