IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL LACY, individually and for others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>OAK HILL CONTRACTORS, LLC,<br><br>      Defendant. | Case No. 3:24-CV-1660-NJR |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    This matter having come before the Court, and the Court having rendered a decision,

    **IT IS ORDERED AND ADJUDGED** that, pursuant to the Stipulation of Dismissal with Prejudice filed on January 14, 2026 (Doc. 30), this entire action is **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own fees and costs.

    **DATED:**   January 15, 2026

                                                      MONICA A. STUMP,
                                                    Clerk of Court

                                                    By:   s/ *Deana Brinkley*
                                                          Deputy Clerk

**APPROVED:**   _____
                      **NANCY J. ROSENSTENGEL**
                      **United States District Judge**